## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**Date: 8/3/15**

**In re:   Case No.:   15–20189 TJC     Chapter:   7**

| | |
|---|---|
| John Kenneth Larson<br>Debtor(s) | Julie Diane Larson |

# DEFICIENCY NOTICE

DOCUMENT:   16 – No Presumption of Abuse. Chapter 7 Statement of Your Current Monthly Income Form 22A–1 Filed by John Kenneth Larson, Julie Diane Larson (related document(s) 1 Voluntary Petition (Chapter 7) filed by Debtor John Kenneth Larson, Debtor Julie Diane Larson). (Burkhart, Mary)

PROBLEM:   **The following items are deficient for the above pleading, and must be cured by 8/17/15. Form 22A–1 is missing the box checked off indicating 1) There is no presumption of Abuse; 2) The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 22A2); 3) The Means Test does not apply now because of qualified military service but it could apply later.**

CURE:   File an Amended Chapter 7 Means 22A–1 with signatures and this box marked off indicating one of the above.

CONSEQUENCE:   Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

                                                              Mark A. Neal, Clerk of Court
                                                              by Deputy Clerk, Mary Burkhart  410–962–4372

cc:   Debtor(s)
      Attorney for Debtor(s) – PRO SE

Form defntc (11/2013)